Michael L. Baum, Esq., CA Bar No. 119511
mbaum@baumhedlundlaw.com
R. Brent Wisner, Esq., CA Bar No. 276023
rbwisner@baumhedlundlaw.com
BAUM, HEDLUND, ARISTEI & GOLDMAN, P.C.
12100 Wilshire Blvd., Suite 950
Los Angeles, CA 90025
Tel: (310) 207-3233 // Fax: (310) 820-7444

*(Additional Attorneys on signature page)*

Attorneys for Plaintiffs Anita Hollowell and Edward Hollowell

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| ANITA HOLLOWELL and EDWARD HOLLOWELL,<br><br>             Plaintiff,<br><br>     vs.<br><br>ELI LILLY AND COMPANY, an Indiana corporation,<br><br>             Defendant. | Case No.:   5:14-CV-01663-SVW-MAN<br><br>Complaint filed on 8/11/2014<br><br>Hon. Judge Stephen V. Wilson<br><br>**Proof of Service of Summons & Complaint, etc. Upon Defendant Eli Lilly and Company, an Indiana corporation** |

To the Court:  The following documents were served upon Defendant Eli Lilly and Company, an Indiana corporation, on November 18, 2014:

Summons, Complaint, Civil Cover Sheet, Notice of Parties of Court-Director ADR Program; Order re Transfer Pursuant to General Order 14-013, New Case Order; Civil Minutes – General; Notice of Compliance with Court's November 4, 2014 Order.  (Affidavit of Process Server Attached.)

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: November 19, 2014 | **BAUM, HEDLUND, ARISTEI & GOLDMAN, P.C.** |
| 3 | | |
| 4 | | /s/ R. Brent Wisner |
| | | R. Brent Wisner, Esq. |
| 5 | | CA Bar No. 276023 |
| 6 | | rbwisner@baumhedlundlaw.com |
| | | Michael L. Baum, Esq. |
| 7 | | CA Bar No. 119511 |
| 8 | | mbaum@baumhedlundlaw.com |
| | | 12100 Wilshire Blvd., Suite 950 |
| 9 | | Los Angeles, CA 90025 |
| | | Tel: (310) 207-3233 |
| 10 | | Fax: (310) 820-7444 |
| 11 | | |
| 12 | | Harris L. Pogust |
| | | T. Matthew Leckman |
| 13 | | POGUST BRASLOW & MILLROOD, LLC |
| | | Eight Tower Bridge, Suite 1520 |
| 14 | | 161 Washington Street |
| 15 | | Conshohocken, PA  19428 |
| | | hpogust@pbmattorneys.com |
| 16 | | mleckman@pbmattorneys.com |
| 17 | | |
| 18 | | Attorneys for Plaintiffs Kerry O'Shea and Sharlene O'Shea |

**CERTIFICATE OF SERVICE**

I, R. Brent Wisner, hereby certify that, on November 19, 2014, I electronically filed a **PROOF OF SERVICE OF SUMMONS AND COMPLAINT, ETC. UPON DEFENDANT ELI LILLY AND COMPANY, AN INDIANA CORPORATION** with the United States District Court for the Central District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

/s/ R. Brent Wisner
R. Brent Wisner