Michael L. Baum, Esq. (SBN 119511)
mbaum@baumhedlundlaw.com
R. Brent Wisner, Esq. (SBN 276023)
rbwisner@baumhedlundlaw.com
BAUM HEDLUND ARISTEI & GOLDMAN, P.C.
12100 Wilshire Blvd., Suite 950
Los Angeles, CA 90025
Tel: (310) 207-3233 // Fax: (310) 820-7444

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANITA HOLLOWELL and EDWARD HOLLOWELL<br><br>         Plaintiffs,<br><br>    vs.<br><br>ELI LILLY AND COMPANY, an Indiana corporation,<br><br>         Defendant. | Case Nos.: 5:14-cv-01663-SVW-MAN<br>              8:14-cv-01274-SVW-MAN<br>              5:14-cv-01675-SVW-MAN<br>              2:14-cv-08527-SVW-MAN<br><br>Hon. Stephen V. Wilson<br><br>**PLAINTIFFS' RESPONSE TO COURT'S ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR LACK OF PROSECUTION** |
| KERRY O'SHEA and SHARLENE O'SHEA<br><br>         Plaintiffs,<br><br>    vs.<br><br>ELI LILLY AND COMPANY, an Indiana corporation,<br><br>         Defendant. | |

1

| | |
|---|---|
| PEGGY BARRETT and ROGER BARRETT | ) ) ) |
| Plaintiffs, | ) ) ) |
| vs. | ) ) |
| ELI LILLY AND COMPANY, an Indiana corporation, | ) ) ) |
| Defendant. | ) ) |
| MARNETTE PATTERSON AND JAMES VERZINO | ) ) ) ) |
| Plaintiffs, | ) ) ) |
| vs. | ) ) |
| ELI LILLY AND COMPANY, an Indiana corporation, | ) ) ) |
| Defendant. | ) ) |

On October 30, 2015, the Court entered an Order directing Plaintiffs Anita Hollowell and Edward Hollowell, Kerry O'Shea and Sharlene O'Shea, Peggy Barrett and Roger Barrett, and Marnette Patterson and James Verzino, to show cause why these cases should not be dismissed for lack of prosecution pursuant to Fed. R. Civ. P. 4(m).

Rule 4(m) provides that the Court may, after giving notice to the plaintiff, dismiss a matter for lack of prosecution when the defendant is not served with the summons within 120 days after the complaint is filed.

Here, dismissal is not warranted under Rule 4(m) because all of the complaints were served within 120 days of the filing of the respective complaints. *See Hollowell*, 14-CV-01663-SVW-MAN at Dkt. 16-1; *O'Shea*, 14-CV-01274-SVW-MAN at Dkt. 17-1; *Barrett*, 14-CV-01675-SVW-MAN at Dkt. 18-1; and *Patterson*, 14-CV-08527-SVW-MAN at Dkt. 14. Indeed, each case is in active discovery and the parties have been diligently litigating this matter. Accordingly, dismissal is not warranted under Rule 4(m).

Plaintiffs would request that the Court set a Rule 16 scheduling conference in December and order the parties to submit a joint discovery plan and case schedule in anticipation of the conference. At the status conference, Plaintiffs will request that the Court set a trial date consistent with the parties' plan.

Dated: November 16, 2015

**BAUM HEDLUND ARISTEI & GOLDMAN, P.C.**

 /s/ R. Brent Wisner
R. Brent Wisner, Esq. (SBN 276023)
rbwisner@baumhedlundlaw.com
Michael L. Baum, Esq. (SBN 119511)
mbaum@baumhedlundlaw.com
12100 Wilshire Blvd., Suite 950
Los Angeles, CA 90025
Tel: (310) 207-3233
Fax: (310) 820-7444

*Attorneys for Plaintiffs*

PLAINTIFFS' RESPONSE TO COURT'S ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR LACK OF PROSECUTION

## **CERTIFICATE OF SERVICE**

I, R. Brent Wisner, hereby certify that, on November 16, 2015, I electronically filed PLAINTIFFS' RESPONSE TO COURT'S ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR LACK OF PROSECUTION with the Clerk for the United States District Court for the Central District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

          /s/ R. Brent Wisner
            R. Brent Wisner

PLAINTIFFS' RESPONSE TO COURT'S ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR LACK OF PROSECUTION